LEVIN & ROSENSTEIN, P.C.

SUITE 110
1395 PICCARD DRIVE
ROCKVILLE, MD 20850
TELEPHONE (301) 208-1795
FACSIMILE (301) 208-1855

September 20, 2011

Hugh Stevens, Esquire
Everett, Gaskins, Hancock & Stevens, LLC
The Historic Pilot Mill
1101 Haynes Street, Suite 100
Raleigh, NC 27604

   Re: JOC Farms LLC
     2009 MPCI Policy No. NC-090-793527 (Beaufort County)

Dear Mr. Stevens:

  I am responding to your September 15, 2011, electronic mail requesting further clarification of the method used by Rural Community Insurance Services ("RCIS") to calculate the indemnity relative to the Beaufort County tobacco claim submitted by JOC Farms LLC ("JOC").

  First, enclosed is a copy of RCIS's February 28, 2011, letter to JOC setting forth the figures applied by RCIS in determining the Beaufort County tobacco indemnity. Second, enclosed is a spreadsheet that provides a more detailed explanation of the calculations, including the total unharvested appraised production by Farm Serial Number. Third, enclosed is a copy of the MPCI Summary of Loss that accompanied the indemnity check previously sent to JOC.

  Please contact me if you have additional questions as to the calculations or the figures used by RCIS in applying the calculations.

            Sincerely,

            Daniel N. Rosenstein

Enclosures

cc: Ms. Tonya Rowe
   Ms. Diane Amera

EXHIBIT E



**RURAL COMMUNITY INSURANCE SERVICES®**

rcis.com

February 28, 2011

JOC FARMS LLC

4747 US HWY 264E
GREENVILLE NC 27834

SUBJECT: 2009 MPCI Policy Number NC-090-793527
BEAUFORT County, TOBACCO Unit 0100

Dear Insured:

RCIS has completed your 2009 Beaufort County Tobacco Claim based on RMA's Administrative Review Decision (ARD) dated February 9th, 2011.

All acres were measured by Tom Rountree using GPS. The appraised production shown as uninsured cause in Block 34 of the Production Worksheet (PW) is tobacco that deteriorated in the field due to untimely harvest. These appraisals were made by Sandra Yeatts (RMA), Veo Bunting (RCIS), and Billy Holt (RCIS) in September, 2009. The ARD upheld the determination that JOC Farms didn't use the proper chemicals to control Black Shank on farms planted to varieties CC27 and K326 due to theses varieties' low resistances to Black Shank. Therefore quality adjustment of the production produced on farms planted to CC27 and K326 is not allowed.

The value per lb (for quality adjustment purposes) was calculated as follows:

| | |
|---|---|
| Step 1) Total the production from farms planted to CC35 (FSNs 8245 and 8361) | 127,522 |
| Step 2) Total monies received for the production in step 1 | $162,027.11 |
| Step 3) Total the production from all farms planted to CC27 and K326 | 638,172 |
| Step 4) Multiply the results of step 3 by $1.85 | $1,180,618.20 |
| Step 5) Total the results of step 1 and step 3 | 765,694 |
| Step 6) Total the results of step 2 and step 4 | $1,342,645.31 |
| Step 7) Divide the results of step 6 into the results of step 5 | $1.75 |

The value in block 47 on page 4 of the PW is $1.75 and the market price is $1.85 resulting in the quality adjustment factor of .9460.

*Charlie Fox* (signature)

**Standing Strong in Crop Insurance ®**

Winston-Salem, NC Regional Underwriting Office • Blue Team 1-877-747-RCIS (7247) • Fax 1-877-811-3371
4035 University Parkway, Suite 301 Winston-Salem, NC 27106-3325 • Green Team 1-866-638-0181 • Fax 1-866-541-1745

Case 4:12-cv-00186-D   Document 1-5   Filed 08/09/12   Page 2 of 5

# JOC Beaufort County Claim Calculations

| FSN | Determined Arces | Guarantee Per Acre in Pounds | Total Guar. In Lbs. | Appraised Unharvested Tobacco Per Acre | Total Unharvested Appraised Tobacco |
|---|---|---|---|---|---|
| 7718 | 52.85 | 1778 | 93967 | 622 | 32873 |
| 9172 | 33.34 | 1959 | 65313 | 458 | 15270 |
| 8245 | 79.83 | 1588 | 126770 | 342 | 27302 |
| 8251 | 26.36 | 1935 | 51007 | 321 | 8462 |
| 9166 | 31.77 | 1593 | 50610 | 342 | 10865 |
| 8854 | 63.21 | 1961 | 123955 | 321 | 20290 |
| 8855 | 43.01 | 1784 | 76730 | 0 | 0 |
| 8856 | 44.18 | 1911 | 84428 | 338 | 14933 |
| 8857 | 4.65 | 1593 | 7407 | 0 | 0 |
| 9167 | 22.15 | 1770 | 39206 | 342 | 7575 |
| 8859 | 55.51 | 1593 | 88427 | 321 | 17819 |
| 8861 | 53.3 | 1593 | 84907 | 364 | 19401 |
| 9173 | 8.88 | 1788 | 15877 | 753 | 6687 |
| 1664 | 2.74 | 1770 | 4850 | 0 | 0 |
| 7284 | 9.13 | 1770 | 16160 | 1030 | 9404 |
| 8361 | 3.81 | 1770 | 6744 | 0 | 0 |
| 9325 | 6.43 | 1770 | 11381 | 321 | 2064 |
| 7877 | 16.36 | 1770 | 28957 | 297 | 4859 |
|  | 557.51 |  | 976696 |  | 197804 |
| 9169 | 10.28 | Unreported Farm | 0 |  |  |

**Harvested production to count as described in the February 28, 2011 letter**

| | |
|---|---|
| 765694 | Harvested production |
| x.9460 | QA factor |
| 724347 | Harvested produc to count |

**Claim Calculations**

| | |
|---|---|
| 976696 | Total Guarantee |
| -197804 | Total unharvested tob |
| -724347 | Harvested Production |
| 54545 | Loss in Pounds |
| x $1.85 | Price Election |
| 100908 | Payable |



**RURAL COMMUNITY INSURANCE SERVICES®**
3501 Thurston Avenue
Anoka, MN 55303-1060

# MPCI SUMMARY OF LOSS

Date: 2/28/11
Page: 1

BULK-MAILED TO AGENCY
AGENCY MAILS TO INSURED

JOC FARMS LLC
AND AGCAROLINA FINANCIAL
4747 US HWY 264E
GREENVILLE NC 27834
PHONE: (252)752-5567

Policy #: 2009 32-090-793527   Claim #: 1758568
County: BEAUFORT 013          RY: 2009

TOTAL NET LOSS         $100,907.00
PREVIOUS PAID AMOUNTS        $.00
AMOUNT OF CHECK        $100,907.00

32-3134 WOOLARD INS AGY INC
171 ORMOND AVE
BATH NC 27808

PHONE (252)923-9990

*PREMIUM BALANCE DUE    $.00

| CROP / PLAN | UNIT | FN | ACRES | PRAC | TYP | STG | GUAR/ACRE | ADJ GUAR | PROD TO COUNT | PRICE | SHARE | PAYABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FLCTB APH | 0001-0000-EU | 9173 | 8.88 | 000 | 012 | H | 1788.00 | 15877.00 | 18462.00 | 1.8500 | 1.000 | 4782- |
| | | 8861 | 53.30 | 000 | 012 | H | 1593.00 | 84907.00 | 82370.70 | 1.8500 | 1.000 | 4692 |
| | | 8859 | 55.51 | 000 | 012 | H | 1593.00 | 88427.00 | 83399.20 | 1.8500 | 1.000 | 9302 |
| | | 9167 | 22.15 | 000 | 012 | H | 1770.00 | 39206.00 | 36651.00 | 1.8500 | 1.000 | 4727 |
| | | 8857 | 4.65 | 000 | 012 | H | 1593.00 | 7407.00 | 5493.40 | 1.8500 | 1.000 | 3541 |
| | | 8856 | 44.18 | 000 | 012 | H | 1911.00 | 84428.00 | 77547.00 | 1.8500 | 1.000 | 12730 |
| | | 8855 | 43.01 | 000 | 012 | H | 1784.00 | 76730.00 | 56905.40 | 1.8500 | 1.000 | 36676 |



**RURAL COMMUNITY INSURANCE SERVICES®**
3501 Thurston Avenue
Anoka, MN 55303-1060

# MPCI SUMMARY OF LOSS

Date: 2/28/11
Page: 2

| Policy #: | 2009 32-090-793527 | | | RY: 2009 | | | Claim #: 1758568 |

JOC FARMS LLC
AND AGCAROLINA FINANCIAL
4747 US HWY 264E
GREENVILLE NC 27834
PHONE: (252)752-5567

32-3134 WOOLARD INS AGY INC
171 ORMOND AVE
BATH NC 27808

| CROP / PLAN | UNIT | FN | ACRES | PRAC | TYP | STG | GUAR/ ACRE | ADJ GUAR | PROD TO COUNT | PRICE | SHARE | PAYABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 8854 | 63.21 | 000 | 012 | H | 1961.00 | 123955.00 | 112219.10 | 1.8500 | 1.000 | 21712 |
| | | 9166 | 31.77 | 000 | 012 | H | 1593.00 | 50610.00 | 48399.20 | 1.8500 | 1.000 | 4090 |
| | | 8251 | 26.36 | 000 | 012 | H | 1935.00 | 51007.00 | 46290.30 | 1.8500 | 1.000 | 8726 |
| | | 8245 | 79.83 | 000 | 012 | H | 1588.00 | 126770.00 | 121318.60 | 1.8500 | 1.000 | 10084 |
| | | 9172 | 33.34 | 000 | 012 | H | 1959.00 | 65313.00 | 63707.80 | 1.8500 | 1.000 | 2969 |
| | | 7718 | 52.85 | 000 | 012 | H | 1778.00 | 93967.00 | 102561.70 | 1.8500 | 1.000 | 15901- |
| | | 7877 | 16.36 | 000 | 012 | H | 1770.00 | 28957.00 | 26334.40 | 1.8500 | 1.000 | 4853 |
| | | 1664 | 2.74 | 000 | 012 | H | 1770.00 | 4850.00 | 3597.10 | 1.8500 | 1.000 | 2318 |
| | | 7284 | 9.13 | 000 | 012 | H | 1770.00 | 16160.00 | 21389.00 | 1.8500 | 1.000 | 9674- |
| | | 8361 | 3.81 | 000 | 012 | H | 1770.00 | 6744.00 | 5001.60 | 1.8500 | 1.000 | 3223 |
| | | 9326 | 6.43 | 000 | 012 | H | 1770.00 | 11381.00 | 10504.80 | 1.8500 | 1.000 | 1621 |