

UNITED STATES DEPARTMENT OF AGRICULTURE
OFFICE OF THE SECRETARY
NATIONAL APPEALS DIVISION

MAY 08 2012

Hugh Stevens, Esq.
Michael J. Tadych, Esq.
Stevens Martin Vaughn & Tadych, PLLC
The Historic Pilot Mill
1101 Haynes Street, Suite 100
Raleigh, NC 27064-1455

RE: Case No. 2011S000349

Dear Messrs. Stevens and Tadych:

Enclosed is a copy of my Director Review Determination that addresses the matters raised in the request for review that you filed on behalf of your client, JOC Farms, LLC, in the above-captioned case. After considering the arguments and other matters in the review, I have upheld the National Appeals Division Hearing Officer Appeal Determination.

The enclosed determination is a final order of the Department of Agriculture and concludes all administrative processing of your appeal.

Sincerely,

James T. Murray
Deputy Director

Enclosure

Copy: Risk Management Agency
JOC Farms, LLC
Tonya Rowe, Rural Community Insurance Services
Charlie Fox, Rural Community Insurance Services
Greg Gladson, AgCarolina

3101 Park Center Drive, Suite 1100
Alexandria, Virginia 22302
www.nad.usda.gov

An Equal Opportunity Employer

EXHIBIT I

Case 4:12-cv-00186-D   Document 1-9   Filed 08/09/12   Page 1 of 1