IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CV-186-D

| | | |
|---|---|---|
| J.O.C. FARMS, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RURAL COMMUNITY INSURANCE AGENCY, INC., and FIREMAN'S FUND INSURANCE COMPANY, | ) ) ) ) | |
| Defendants. | ) | |

The motion for a status conference [D.E. 37] is GRANTED. The court hereby directs Magistrate Judge Gates to hold a status conference in this action. Judge Gates will contact the parties concerning the schedule for the status conference.

SO ORDERED. This 9 day of May 2014.

JAMES C. DEVER III
Chief United States District Judge