IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No: 4:12-CV-186-D

| | | |
|---|---|---|
| J.O.C. FARMS, LLC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V | ) | ORDER |
| | ) | |
| RURAL COMMUNITY INSURANCE, | ) | |
| AGENCY, INC. d/b/a RURAL | ) | |
| COMMUNITY INSURANCE SERVICES; | ) | |
| FIREMAN'S FUND INSURANCE | ) | |
| COMPANY; WILLIAM J. MURPHY, | ) | |
| ADMINISTRATOR FOR THE RISK | ) | |
| MANAGEMENT AGENCY, UNITED | ) | |
| STATES OF AMERICA; THOMAS | ) | |
| JAMES VILSACK, SECRETARY OF | ) | |
| AGRICULTURE FOR THE UNITED | ) | |
| STATES OF AMERICA; and THE | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| AGRICULTURE, RISK MANAGEMENT | ) | |
| AGENCY, | ) | |
| | ) | |
| Defendants. | ) | |

For good cause being shown upon the motion of the federal defendants, IT IS HEREBY ORDERED that the Court allows the filing of the thirteen (13) compact discs, which are a portion of the administrative record, to be filed manually.

IT IS FURTHER ORDERED that the United States will provide exact copies of CDs to opposing counsel.

1

SO ORDERED this __9__ day of June, 2014.

                                            /s/ James C. Dever
                                        JAMES C. DEVER, III
                                        United States District Judge

2